# United States District Court
## Eastern District of California

**UNITED STATES OF AMERICA** **CRIMINAL COMPLAINT**

**V.**

**RYAN ANDREW HUNTER** **DOCKET NUMBER: 6:15-mj-112-MJS**

I, acting legal officer Matthew McNease, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. In Yosemite National Park, in the Eastern District of California, Ryan Andrew HUNTER did:

**Count 1:** Possess a controlled substance, in violation of Title 36 Code of Federal Regulations § 2.35(b)(2)
**Maximum penalty: 6 months imprisonment and/or $5,000 fine**

**Count 2:** Possess a weapon, in violation of Title 36 Code of Federal Regulations § 2.4(b)(i)
**Maximum penalty: 6 months imprisonment and/or $5,000 fine**

I further state that I am the acting legal officer and that this complaint is based on the following facts and information supplied to me by National Park Service Law Enforcement Rangers.

On September 26, 2015 at approximately 0230 hours, Ranger Robert Lewis and Ranger Cullen Tucker responded to a fire alarm at the DNC General Offices. While speaking to members of the DNC Yosemite Fire Department in the DNC General Offices parking lot, Ranger Lewis and Ranger Tucker were approached by Ryan Andrew HUNTER, who asked Ranger Lewis for directions to North Dakota; Colorado; Reno, Nevada; Sacramento, California; Lake Tahoe, California; and San Francisco, California. While HUNTER was speaking to Ranger Lewis his speech was rapid and slurred. Ranger Tucker observed that HUNTER's extremities, head and eyes appeared to be jerking uncontrollably. Ranger Tucker observed HUNTER's eyes to be dilated, non-reactive to light, blood shot and glassy.

After Ranger Lewis provided HUNTER with directions, HUNTER returned to his vehicle. Ranger Tucker followed HUNTER to his vehicle, and re-contacted him as he was starting to drive out of the General Office parking lot. While Ranger Tucker was checking HUNTER's license status, Ranger Lewis began to speak to HUNTER at the driver's door.

Ranger Lewis smelled the odor of marijuana inside of HUNTER's vehicle, and HUNTER told Ranger Lewis that he was in possession of marijuana cigarettes.

During the search of HUNTER's vehicle, Ranger Tucker found approximately 2.5 grams of marijuana. Ranger Tucker also discovered a loaded B-B pistol concealed under the driver's seat. This pistol had the appearance of a firearm with an attached weapon mounted light.

HUNTER was arrested and transported to the Yosemite Holding Facility.

I declare under penalty of perjury that the information which I have set forth above and on the face of this criminal complaint is true to the best of my knowledge.

11/10/2015
Date

Matt McNease
Matthew McNease
Acting Legal Officer
Yosemite National Park, CA

Sworn to before me and subscribed in my presence in Yosemite National Park, California.

11/10/15
Date

Honorable Michael J. Seng
U. S. Magistrate Judge
Eastern District of California