Susan St. Vincent
Legal Officer
Matthew McNease
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>RYAN ANDREW HUNTER,<br><br>        Defendant. | No. 6:15-mj-112-MJS<br><br>**MOTION TO DISMISS; AND ORDER THEREON** |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal without prejudice. The government has learned Mr. Hunter is in custody in Madera County and is going through mental competency issues. The government does not believe it will be able to prove the case due to these issues.

Dated: July 13, 2016                              NATIONAL PARK SERVICE

                                                             /S/ Matthew McNease_____
                                                             Matthew McNease
                                                             Acting Legal Officer

1

**ORDER**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the above referenced matter, *United States v. Ryan Andrew Hunter,* 6:15-mj-112-MJS, be dismissed, without prejudice.

IT IS SO ORDERED.

Dated:   July 16, 2016              /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE

.